[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JUNE 4, 2009
THOMAS K. KAHN
CLERK

_____

No. 08-17163
Non-Argument Calendar
_____

D. C. Docket No. 00-00004-CR-002-WLS-7

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

TAJRICK CONAWAY,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Georgia

_____

(June 4, 2009)

Before TJOFLAT, BLACK and BARKETT, Circuit Judges.

PER CURIAM:

Demetria Nicole Williams, appointed counsel for Tajrick Conaway, has filed

a motion to withdraw on appeal supported by a brief prepared pursuant to Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and the denials of Conaway's motion to reduce his sentence pursuant to 18 U.S.C. § 3582(c)(2) and his motions for reconsideration are **AFFIRMED**.